

IN THE NORTHERN DISTRICT COURT
FOR THE STATE OF OHIO
SIXTH APPELLATE CIRCUIT

| | |
|---|---|
| CYNTHIA MASON, on behalf of herself and her minor child, JESSE MASON | CASE NO. 1 : 01 CV 1663 |
| | JUDGE KATHLEEN M. O'MALLEY |
| Plaintiff, | **PLAINTIFF'S STATUS REPORT** |
| -vs- | |
| THE CITY OF NORTH ROYALTON, et al | |
| Defendants. | |

Now come Plaintiffs, Cynthia Mason, Jesse Mason, and Stephen Battle, by and through undersigned counsel Ian N. Friedman & Associates, and hereby state the following:

1. Discovery Motions including Interrogatories, Requests for Admissions, and Production of Documents have been served upon Defense counsel on January 17, 2002;

2. Counsel for Plaintiffs and Defendants have spoken via telephone with regard to this matter on or about January 15, 2002. Defense counsel has indicated that he will be speaking to the North Royalton City counsel and will contact

Plaintiff's counsel during the week of January 21, 2002 to discuss possible resolution;

3. There have not been any Motions filed since the Case Management Conference on November 28, 2001, nor have any Motions remained pending;

4. At this time there have been no developments that would necessitate a deviation from the schedule outlined in the Case Management plan. Upon such development, counsel will notify the Court and Defense counsel at once.

Respectfully Submitted,

IAN N. FRIEDMAN (0068630)
ANTHONY T. PARKER (0068873)
Counsel for Plaintiffs
Ian N. Friedman & Associates, LLC.
700 W. St. Clair Avenue, Suite 110
Cleveland, OH 44113
(216) 928-7700
ian_n_friedman@hotmail.com
siratp12@hotmail.com