

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| CYNTHIA MASON, Individual and as Mother, Natural Guardian and Next Friend of Jesse Mason and Stephen Battle, Minors, et al | ) ) ) ) | CASE NO.: 1:01CV1663 |
| | ) | JUDGE: O'MALLEY |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | **DEFENDANTS JOINT STATUS REPORT** |
| The City of North Royalton, et al | ) ) | |
| Defendants. | ) ) ) | |

Defendants, City of North Royalton, Cathy Luks, and Paul Bican, pursuant to this Court's Order of November 29, 2001, hereby jointly submits the following Status Report:

1. Discovery has commenced with plaintiffs submitting Interrogatories, Requests for Admissions and Requests for Production of Documents to Defendants by ordinary mail dated January 17, 2001. No responses have yet been filed. Defendant's will follow with similar requests shortly.

2. Counsel for Plaintiffs and Defendants have discussed this matter by telephone on or about January

15, 2001. Counsel agreed to further discussions of exploring a resolution by redrafting a curfew ordinance. Counsel for Defendants has conferred with his principals and they agree to pursue resolution via redraft of a similar ordinance.

3. No motions have been filed since the Case Management Conference held on November 28, 2001, nor are any motions currently pending.

4. No new developments have arisen that would dictate deviation from the agreed to schedule at this time.

Respectfully submitted,

*[signature]*

Thomas P. O'Donnell [0002462]
Donna M. Vozar [0058620]
3700 Northfield Rd., Suite 11
Cleveland, OH 44122
Phone:        (216) 283-4225
Facsimile:        (216) 283-2516
Email:        tomod@core.com
Attorney for Defendants,
City of North Royalton, et al

2

## PROOF OF SERVICE

A copy of the foregoing **Defendant's Joint Status Report** was mailed regular U.S. mail, postage prepaid, on the ___2ᵗʰ___ day of February, 2002, to:

Ian N. Friedman
Jillian S. Davis
Raymond Vasvari
ACLU of Ohio Foundation, Inc.
700 W. St. Clair Avenue, Suite 110
Cleveland, OH 44113

*Thomas P. O'Donnell* (signature)
Thomas P. O'Donnell [0002462]
Donna M. Vozar [0058620]
3700 Northfield Rd., Suite 11
Cleveland, OH 44122
Phone: (216) 283-4225
Facsimile: (216) 283-2516
Email: tomod@core.com
Attorney for Defendants,
City of North Royalton, et al

(L2001-237\Position. Stmt.)