# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| Cynthia Mason, et al. | : | JUDGE O'MALLEY |
| Plaintiff(s), | : | CASE NO. 1:01CV1663 |
| v. | : | **MINUTES OF PROCEEDINGS/** |
| City of North Royalton, et al. | : | **ORDER** |
| Defendant(s). | : | |

1. Status Conference was held on: 2/5/02.

2. Attorneys and Parties Present:

   Plaintiff: I. Friedman

   Defendant: T. O'Donnell

3. Reference to Magistrate/ADR: _____

4. Limits on Discovery: _____

5. Discovery Cut-Off: _____

6. Dispositive Motions Due: _____

7. Status Hearing/Conference: by telephone March 6, 2002 at 1:30 pm, to be initiated by plaintiff's counsel

8. Final Pretrial Conference: _____

9. Trial Date: _____

10. Additional Rulings/Other Matters Considered: _____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____.

11. Court Reporter: _____ — None — _____

**IT IS SO ORDERED.**

*/s/ Kathleen M. O'Malley*
KATHLEEN McDONALD O'MALLEY
UNITED STATES DISTRICT JUDGE