

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CUYAHOGA COUNTY, OHIO

| | | |
|---|---|---|
| CYNTHIA MASON, Individual and as Mother, Natural Guardian and Next Friend of Jesse Mason and Stephen Battle, Minors, et al | ) ) ) ) ) | CASE NO.: 1:01CV1663 |
| | ) ) | JUDGE: O'MALLEY |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| The City of North Royalton, et al | ) ) ) | **STIPULATION FOR DISMISSAL AND JUDGMENT ENTRY** |
| Defendants. | ) ) ) ) | |

Now come the parties, by and through their counsel of record, and hereby agree and stipulate that the claims of the Plaintiffs herein be marked as "Settled and Dismissed with Prejudice, at defendant's costs". Notice of the Clerk being hereby waived.

_____
Ian N. Friedman (0068630)
Ian N. Friedman & Associates, LLC>
700 W. St. Clair Avenue, Suite 110
Cleveland, Ohio 44113
(216) 928-7700
Attorney for Plaintiffs


_____
Thomas P. O'Donnell (0002462)
3700 Northfield Rd., Suite 11
Cleveland, Ohio 44122
(216) 283-4225
Attorney for the Defendants


IT IS SO ORDERED:

_____
Kathleen O'Malley, Judge

(2001-237.DIS.ENTRY)

1